IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

              Plaintiff,

  v.                                           OPINION AND ORDER

PAUL A. HEINRICH and CHARLES VOGEL            03-cv-75-jdp
ENTERPRISES, INC.

              Defendants.

---

I denied the motion by defendant Paul A. Heinrich to dissolve the injunction and reopen this case. Dkt. 217. Heinrich has filed a motion for reconsideration. Dkt. 218. Heinrich has again made this filing with a cover letter suggesting that I should consider the matter before it is filed publicly. I decline to keep his motion from the public record of this case.

A motion for reconsideration serves the limited purposes of correcting manifest errors of law or fact, or presenting new evidence that could not have been presented the first time around. *Oto v. Metro. Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000). Heinrich's motion for reconsideration just reiterates his arguments about why his case should be reopened, and contends that I was wrong to deny his original motion. This is a basis for an appeal, not a motion for reconsideration.

ORDER

IT IS ORDERED that defendant Paul Heinrich's motion for reconsideration, Dkt. 218, is DENIED.

Entered October 3, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge