IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Case No. 03-C-0075-S

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL A. HEINRICH and CHARLES VOGEL ENTERPRISES, INC., <br><br> Defendants. | Notice of Appeal |

Notice is hereby given that Defendant, Paul Heinrich, in the above named case, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Order denying Defendant's Motion to Dissolve Injunction and for a New Trial entered in this action on the 17th day of September, 2018.

_____
Paul Heinrich, *pro se*

Paul Heinrich, *pro se*
P. O. Box 1094
Star Lake, Wisconsin 54561
630 232-1116
stmawr@me.com